IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

The Honorable Judge Elizabeth E. Brown

| | |
|---|---|
| In re: <br> **WPB HOSPITALITY, LLC** <br> *Debtor.* | Case No. 18-18636 EEB <br> Chapter 11 |
| **WPB HOSPITALITY, LLC** <br> *Plaintiff,* <br> v. <br> **AMERICAN LENDING CENTER, LLC; NORTHEAST BANCORP, INC. D/B/A NORTHEAST BANK; and AILERON INVESTMENT MANAGEMENT, LLC** <br> *Defendant.* | Adversary Pro. No. 20-01261 EEB |

### ORDER REGARDING PLAINTIFF MOTION TO DISMISS

THIS MATTER, having come before the Court on the Plaintiff's Motion to Dismiss the within Adversary Proceeding and reviewing its file with respect to this matter, and the Court being advised in the premises

HEREBY ORDERS: The within Adversary Proceeding bearing case number 20-01261 EEB is hereby dismissed without prejudice.

DATED: this 4th day of December, 2020.

BY THE COURT:

*Elizabeth E. Brown*
The Honorable Judge Elizabeth E. Brown
United States Bankruptcy Judge